**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jairo CASTILLO, Defendant—
Appellant.**

**No. 04–50207.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 13, 2006.

Erik M. Silber, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

courts of this circuit except as provided by
9th Cir. R. 36–3.

Sung B. Park, Esq., Van Nuys, CA, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Jairo Castillo appeals the 210–month sentence imposed following his guilty plea conviction for conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a) and 846, and possession with intent to distribute and to distribute methamphetamine in violation of 21 U.S.C. § 841(a). We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–1085 (9th Cir.2005) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

